**Marvin Kagan, Appellee, v. Kitchens of Sara Lee, Inc., Appellant.**

**Gen. No. 47,478.**

First District, Second Division.
December 31, 1958.
Released for publication February 20, 1959.

Blanksten and Lansing (Bernard M. Kaplan, of counsel) for defendant-appellant; Morris & Morris (Jerrold L. Morris, of counsel) for plaintiff-appellee. Opinion by JUSTICE MURPHY. Not to be published in full.